United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 11, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 02-51101

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DENVER MONTGOMERY JACKSON,

Defendant-Appellant.

———————————
Appeal from the United States District Court
for the Western District of Texas
(W-01-CR-111-2)
———————————

Before WIENER, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Denver Montgomery Jackson appeals his conviction on charges of conspiracy to manufacture methamphetamine, conspiracy to distribute methamphetamine, and possession of a firearm in furtherance of the drug trafficking offense. On appeal, Jackson argues that the district court improperly denied his motion to suppress, wrongly admitted opinion testimony of a law enforcement official, improvidently denied his motion for judgment

———————————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of acquittal on the firearms charge, and wrongfully admitted the testimony of several co-conspirators.

We have carefully reviewed the record on appeal and considered the factual and legal arguments advanced by counsel in their appellate briefs and in their argument before this panel. As a result, we are convinced that the district court committed no reversible error in denying Jackson's suppression motion, and that the conduct of Jackson's jury trial was free of error with the possible exception of the admission of the testimony of investigator Harlan, which, if erroneous, was nevertheless harmless. Jackson's conviction and sentence are, in all respects, AFFIRMED.